IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3059 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT E. JACOBSEN, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for reconsideration regarding judgment (filing 157) is denied.

   DATED this 3rd day of May, 2005.

                                BY THE COURT:

                                s/ Richard G. Kopf
                                United States District Judge